In the United States District Court
For the Western District of Michigan

FILED - MQ
September 11, 2008 10:16 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: cam/

JOHNATHAN ROBINSON

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

2:08-cv-228
Robert Holmes Bell, U.S. District Judge
Timothy P. Greeley, U.S. Magistrate Judge

DENISE GERTH

(Enter above the full name of the defendant or defendants in this action.)

# COMPLAINT

## I. Previous Lawsuits

**CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $350 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $350 filing fee regardless whether your complaint is dismissed.**

A. Have you ever filed a lawsuit while incarcerated or detained in any prison of jail facility? Yes X No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   U.S. District Court, Western District of MI, Northern Division, #2:07-cv-78 & 2:07-cv-85

2. Is the action still pending? Yes X No ☐

   a. If your answer was no, state precisely how the action was resolved: Action still pending, has not been resolved.

3. Did you appeal the decision? Yes ☐ No X

4. Is the appeal still pending? Yes X No ☐

   a. If not pending, what was the decision on appeal?

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No X

   If so, explain:

II. **Place of Present Confinement** Alger Maximum Correctional Facility

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arouse, also list the place you were confined: ______

III. **Parties**

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff Johnathan Robinson

Address Alger Maximum Correctional Facility, P.O. Box 600, Munising MI 49862

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. **State whether you are suing each defendant in an official or personal capacity.**

B. Defendant Denis Gerth (named in her official and personal capacity.) is employed as Assistant Resident Unit Supervisor

at the Alger Maximum Correctional Facility, P.O. Box 600, Munising MI 49862

C. Additional Defendants None.

V. **Statement of Claim**

State here, as briefly as possible, the **facts** of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments of cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

**SEE ATTACHED**

V. **Relief**

State briefly and precisely what you want the court to do for you.

9/9/08
**Date**

Johnathan Robinson # 301903
**Signature of Plaintiff** - Johnathan Robinson

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court appraised of an address change may be considered cause for dismissal.

**DEFENDANT**

1. Denise Gerth is a Assistant Resident Unit Supervisor (ARUS) at the Alger Maximum Correctional Facility, located at P.O. Box 600, Munising MI 49862 and is named in her official and personal capacity.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY**

**STATEMENT OF FACTS:**

2. On February 26th 2008 I received a Notice of Intent (NOI)to conduct an Administrative Hearing for an incident which took place on October 26th 2005 at the Marquette Branch Prison (MBP). (Attached Exhibit A, referred to and incorporated herein by reference.)

3. The incident required Emergency Medical care at the local Hospital.

4. However, the NOI is two and one half years late and clearly violates the Plaintiff's due process Rights to a timely Hearing.

5. ARUS Gerth knew that staff at MBP failed to submit the NOI within reasonable time limits, yet she upheld the NOI knowing that by doing this she was violating my due process Rights to a Timely Hearing.

6. During our initial conversation of this matter ARUS Gerth told me that she had to contact MBP for clarification of why it took two and one half years to prepare this NOI.

7. Then during the initial hearing, ARUS Gerth told me that she was going to contact the Litigation Coordinator before rendering a decision. At this time I gave ARUS Gerth a copy of my written statement in opposition of the NOI.

8. Please note that this incident took place on October 26th 2005 at MBP, the NOI was not prepared until February 6th 2008 and not reviewed with me until February 26th 2008 and I did not receive the disposition until March 25th 2008.

9. In the Disposition ARUS Gerth failed to acknowledge the reason it took MBP so long to prepare this NOI.

10. ARUS Gerth did not share any of the information she got from the Litigation Coordinator and did not reveal why my Statement in opposition of the NOI was not attached to the Disposition.

11. In 2003 I received a NOI for the exact same thing which was dismissed as the time frame between the violation and Request for Hearing violated my Due Process Rights to a timely Hearing.

12. On March 25th 2008 the Petitioner filed a Grievance over this issue

(attached Exhibit B, Grievance LMF0803-1624-17i, referred to and incorporated herein by reference) but was denied relief.

**STATEMENT OF CLAIM**

13. Plaintiff claims that he was denied an adequate and timely hearing and was, therefore, deprived of property without due process of law.

14. The fundamental requirement of due process is the opportunity to be heard at a meaningful time and in a meaningful manner.

**RELIEF**

15. The Plaintiff requests that the findings of ARUS Gerth in the NOI Hearing be reversed and expunged from the Plaintiff's prison record.

16. The Plaintiff request the Court Order the Defendant to pay the Plaintiff $10,000.00 in Compensatory Damages.

17. The Plaintiff request the Court Order the Defendant to pay the Plaintiff $s0,000.00 in Punitive Damages.

18. The Plaintiff requests such other relief as justice and law may require.

Respectfully Submitted:

Johnathan Robinson # 301903
Johnathan Robinson
Plaintiff in *pro per*.

9/9/08
Date.