**FEDERAL COURT - CIVIL ACTION**

| Prisoner-Plaintiff/Petitioner/Appellant name and number | | Defendant's/Respondent's/Appellee's name |
|---|---|---|
| ROBINSON<br>301903 | V | GERTH |

## CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration. Code "C" on the printout represents a withdrawal from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of $5.00, an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months) of ($867.50). There is a current spendable account balance of $0.67.

Date: 09/02/08

Elizabeth Bouvier, Accountant
Signature of Custodian of Prisoner Institutional/Trust Fund Account

ALGER MAXIMUM CORRECTIONAL FACILITY
Correctional Facility

September

CSJ-277 6/97
4835-3277

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**JOHNATHAN ROBINSON,**

Plaintiff,

v.

**DENISE GERTH,**

Defendant(s).

**AUTHORIZATION FOR WITHDRAWAL OF FUNDS TO PAY THE CIVIL ACTION FILING FEE and AFFIDAVIT OF INDIGENCE IN SUPPORT OF REQUEST TO PROCEED *IN FORMA PAUPERIS***

I, **Johnathan Robinson**, am the plaintiff in the above entitled case, and I believe I am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore. I acknowledge that **I am liable for payment of the $350.00 civil action filing fee,** and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $350.00 for this action. Further, I declare that the responses which I have made below are true.

1. Are you presently employed? Yes ☐ No X

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   ______________________________

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

   ______________________________

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or other self-employment? Yes ☐ No X
   b. Rent payments, interest or dividends? Yes ☐ No X
   c. Pensions, annuities or life insurance payments? Yes ☐ No X
   d. Gifts or inheritances? Yes ☐ No X
   e Any other sources? Yes ☐ No X

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   ______________________________

3. Do you own any cash or do you have money in a checking or savings account? Yes ☐ No X
   (Include any funds in prison accounts)

   If your answer is yes, state the total value owned.

   ______________________________

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings an clothing)? Yes ☐ No X

5. If the answer is yes, describe the property and state its approximate value. ______________________

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the above information is true and correct.**

9/9/08 — Date

Johnathan Robinson # 301903

Signature of Applicant - **Johnathan Robinson**

September 9, 2008

JAMES C. RANKIN
NOTARY PUBLIC, STATE OF MI
COUNTY OF ALGER
MY COMMISSION EXPIRES Feb 26, 2015
ACTING IN COUNTY OF

**CERTIFICATE**

I certify that the plaintiff herein has had deposits of ____________ and withdrawals of ____________ from his prison account over the last six-month period. The present balance in the plaintiff's prison account is ____________.

I further certify that plaintiff has the following securities to his credit according to the records of this institution:

______________________________________________.

| **Authorized Financial Officer** | **Name of Institution** | **Date** |
|---|---|---|

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.

Date: 09/02/2008 11:20:46

# Michigan Department Of Corrections

## Trust Account Statement

## For the period 03/02/2008 to 09/02/2008



MDOC Nbr.: 301903 Name: ROBINSON, JOHNATHAN Current Lock Loc.: B-217

Birth Date: 11/20/1974 Location: ALGER MAXIMUM FACILITY Jurisdiction Dates: 12/16/1999 Active: Yes

Current Balance: .67 Hold Balance: .00 Account Dates: 11/08/2006 A/C. Status: Active

### Sub Account Details

| Account Code | Account Name | Balance As of 03/02/2008 | Balance As of 09/02/2008 |
|---|---|---|---|
| ***Trust-Alger Maximum Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.67 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Huron Valley Facility Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Chippewa Regional Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Cotton Facility Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Marquette Prison Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Riverside/Deerfield/RMI Facility Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Egeler Facility Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |
| ***Trust-Southern Michigan (JMF) Caseload*** | | | |
| 2101 | Offender Funds | 0.00 | 0.00 |
| 2198 | Freeze | 0.00 | 0.00 |

### Transaction Details

| GJ No. | Date | Description | Amount | Debit | Credit |
|---|---|---|---|---|---|
| ***Trust-Alger Maximum Caseload*** | | | | | |
| **26573691** | **03/10/2008** | ***LCSTD Legal Copies Disbursement (State)*** | **5.10** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 942241, Ref:LMF LEGAL COPIES -* | | | |
| **26680768** | **03/14/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **2.33** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 944845, Ref:LMF EXP - 30TH CIRC CRT CLRK -* | | | |
| **26778632** | **03/20/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.80** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 947689, Ref:LMF LGL STEP 3 APPEAL -* | | | |
| **26818368** | **03/25/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.97** | | |
| | | 2101 Offender Funds | | 0.00 | |

# Michigan Department Of Corrections

## Trust Account Statement

## For the period 03/02/2008 to 09/02/2008

**MDOC Nbr.:** 301903 **Name:** ROBINSON, JOHNATHAN **Current Lock Loc.:** B-217

**Birth Date:** 11/20/1974 **Location:** ALGER MAXIMUM FACILITY **Jurisdiction Dates:** 12/16/1999 **Active:** Yes

**Current Balance:** .67 **Hold Balance:** .00 **Account Dates:** 11/08/2006 **A/C. Status:** Active

***Trust-Alger Maximum Caseload***

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 949278, Ref:LMF LGL 30TH CIR. CRT-INHGAM -* | | | |
| **26912979** | **04/02/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.41** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 952859, Ref:LMF LGL E. MANGRUM -* | | | |
| **26952159** | **04/04/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **2.16** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 954146, Ref:LMF EXP - INHGAM CO CIRC CRT -* | | | |
| **26966037** | **04/07/2008** | ***LSD Legal Supplies Disbursement*** | **.30** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2590 Miscellaneous Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 954452, Ref:LMF LEGAL SUPPLIES-ENV'S -* | | | |
| **26969553** | **04/07/2008** | ***MRR Mail Room Receipt*** | **10.00** | | |
| | | 1106 Mailroom Receipts | | 10.00 | |
| | | 2101 Offender Funds | | | 10.00 |
| | ***Narration:*** | *Batch: 954585, Ref:LMF $ RECVD- E. MANGRUM* | | | |
| **26982599** | **04/08/2008** | ***FFD Filing Fee Disbursement*** | **.53** | | |
| | | 2101 Offender Funds | | 0.53 | |
| | | 1101 Bank Account | | | 0.53 |
| | ***Narration:*** | *Batch: 955068, Ref:LMF EXP - FILING FEE -* | | | |
| **26982630** | **04/08/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.41** | | |
| | | 2101 Offender Funds | | 0.41 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.41 |
| | ***Narration:*** | *Batch: 955070, Ref:LMF EXP - 30TH JUD CIRC CRT -* | | | |
| **27151433** | **04/16/2008** | ***CRT Commissary Regular Transaction*** | **8.56** | | |
| | | 2101 Offender Funds | | 8.56 | |
| | | 2501 Payable to Commissary | | | 8.56 |
| | ***Narration:*** | *Rost -Commissary TXN -* | | | |
| **27155636** | **04/16/2008** | ***VCR Void Check Receipt*** | **.53** | | |
| | | 1115 Void Check Receipts | | 0.53 | |
| | | 2101 Offender Funds | | | 0.53 |
| | ***Narration:*** | *Batch: 959080, Ref:LMF VOID CK RECPT-30TH CIR CRT* | | | |
| **27234826** | **04/23/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.14** | | |
| | | 2101 Offender Funds | | 1.03 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.03 |
| | ***Narration:*** | *Batch: 961947, Ref:LMF LGL STEP III APPEAL -* | | | |
| **27319633** | **05/01/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.41** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 965224, Ref:LMF EXP. CLRK OF CRT-MQT -* | | | |
| **27590255** | **05/16/2008** | ***LCSTD Legal Copies Disbursement (State)*** | **2.50** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 972484, Ref:LMF LEGAL COPIES -* | | | |
| **27612210** | **05/19/2008** | ***MRR Mail Room Receipt*** | **10.00** | | |
| | | 1106 Mailroom Receipts | | 10.00 | |
| | | 2101 Offender Funds | | | 10.00 |
| | ***Narration:*** | *Batch: 972908, Ref:LMF $ RECVD - E. MANGRUM* | | | |
| **27630528** | **05/20/2008** | ***LSD Legal Supplies Disbursement*** | **.95** | | |
| | | 2101 Offender Funds | | 0.95 | |

# Michigan Department Of Corrections

## Trust Account Statement

## For the period 03/02/2008 to 09/02/2008

**MDOC Nbr.:** 301903 **Name:** ROBINSON, JOHNATHAN **Current Lock Loc.:** B-217

**Birth Date:** 11/20/1974 **Location:** ALGER MAXIMUM FACILITY **Jurisdiction Dates:** 12/16/1999 **Active:** Yes

**Current Balance:** .67 **Hold Balance:** .00 **Account Dates:** 11/08/2006 **A/C. Status:** Active

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| ***Trust-Alger Maximum Caseload*** | | | | | |
| | | 2590 Miscellaneous Payable - Direct | | | 0.95 |
| | ***Narration:*** | *Batch: 973729, Ref:LMF LEGAL SUPPLIES -* | | | |
| **27639915** | **05/21/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.51** | | |
| | | 2101 Offender Funds | | 1.51 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.51 |
| | ***Narration:*** | *Batch: 974026, Ref:LMF EXP. USDC-MQT -* | | | |
| **27694362** | **05/27/2008** | ***CRT Commissary Regular Transaction*** | **6.81** | | |
| | | 2101 Offender Funds | | 6.81 | |
| | | 2501 Payable to Commissary | | | 6.81 |
| | ***Narration:*** | *Rost -Commissary TXN -* | | | |
| **27713449** | **05/28/2008** | ***LCSTD Legal Copies Disbursement (State)*** | **3.20** | | |
| | | 2101 Offender Funds | | 0.73 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.73 |
| | ***Narration:*** | *Batch: 976586, Ref:LMF LEGAL COPIES -* | | | |
| **27732933** | **05/30/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.51** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 977542, Ref:LMF EXP. USDC-MQT -* | | | |
| **27775265** | **06/03/2008** | ***REGPD Regular Postage Disbursement*** | **.00** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2583 Postage (State) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 978491, Ref:LMF HEARINGS ADM - NSF -* | | | |
| **27804581** | **06/04/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.17** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 979436, Ref:LMF LGL HRGS ADMIN -* | | | |
| **27889423** | **06/10/2008** | ***LSD Legal Supplies Disbursement*** | **.30** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2590 Miscellaneous Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 981911, Ref:LMF LEGAL SUPPLIES-ENV'S -* | | | |
| **27976412** | **06/13/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **2.36** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 983593, Ref:LMF EXP. AM. FRIENDS SVC -* | | | |
| **28125483** | **06/25/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.00** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 988546, Ref:LMF LGL DIRECTORS OFFICE -* | | | |
| **28225909** | **07/03/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.42** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 991741, Ref:LMF LGL DIRECTORS OFFICE -* | | | |
| **28262978** | **07/08/2008** | ***LSD Legal Supplies Disbursement*** | **.95** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2590 Miscellaneous Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 992956, Ref:LMF LEGAL SUPPLIES -* | | | |
| **28367252** | **07/11/2008** | ***LCSTD Legal Copies Disbursement (State)*** | **5.40** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2581 Copies (State) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 995057, Ref:LMF LEGAL COPIES -* | | | |
| **28454325** | **07/16/2008** | ***LSD Legal Supplies Disbursement*** | **.30** | | |
| | | 2101 Offender Funds | | 0.00 | |

# Michigan Department Of Corrections

## Trust Account Statement

## For the period 03/02/2008 to 09/02/2008

**MDOC Nbr.:** 301903 **Name:** ROBINSON, JOHNATHAN **Current Lock Loc.:** B-217

**Birth Date:** 11/20/1974 **Location:** ALGER MAXIMUM FACILITY **Jurisdiction Dates:** 12/16/1999 **Active:** Yes

**Current Balance:** .67 **Hold Balance:** .00 **Account Dates:** 11/08/2006 **A/C. Status:** Active

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| ***Trust-Alger Maximum Caseload*** | | | | | |
| | | 2590 Miscellaneous Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 997005, Ref:LMF LEGAL SUPPLIES-ENV'S -* | | | |
| **28467234** | **07/17/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **2.36** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 997374, Ref:LMF EXP. INGHAM CO CIR. CRT -* | | | |
| **28507219** | **07/22/2008** | ***REGPD Regular Postage Disbursement*** | **.00** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2583 Postage (State) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 999009, Ref:LMF REG. DIRECTORS OFFICE-NSF -* | | | |
| **28513926** | **07/22/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.17** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 999287, Ref:LMF LGL HRGS ADMIN, DOC -* | | | |
| **28528984** | **07/23/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **.59** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 1000047, Ref:LMF LGL DIRECTORS OFFICE -* | | | |
| **28672516** | **08/05/2008** | ***MRR Mail Room Receipt*** | **10.00** | | |
| | | 1106 Mailroom Receipts | | 10.00 | |
| | | 2101 Offender Funds | | | 10.00 |
| | ***Narration:*** | *Batch: 1004976, Ref:LMF $ RECVD- E. MANGRUM* | | | |
| **28690442** | **08/06/2008** | ***FFD Filing Fee Disbursement*** | **1.36** | | |
| | | 2101 Offender Funds | | 1.36 | |
| | | 1101 Bank Account | | | 1.36 |
| | ***Narration:*** | *Batch: 1005702, Ref:LMF INGHAM CO FILING FEE -* | | | |
| **28690449** | **08/06/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **2.36** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 1005704, Ref:LMF EXP. INGHAM CO CIRCUIT -* | | | |
| **28808040** | **08/13/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.00** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 1008925, Ref:LMF LGL DIRECTORS OFFICE -* | | | |
| **28911329** | **08/19/2008** | ***CRT Commissary Regular Transaction*** | **6.64** | | |
| | | 2101 Offender Funds | | 6.64 | |
| | | 2501 Payable to Commissary | | | 6.64 |
| | ***Narration:*** | *Rost -Commissary TXN -* | | | |
| **28918089** | **08/19/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.00** | | |
| | | 2101 Offender Funds | | 0.16 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 0.16 |
| | ***Narration:*** | *Batch: 1011399, Ref:LMF LGL HRGS ADMIN. -* | | | |
| **28988853** | **08/26/2008** | ***LPOSPBF Legal Postage Disbursement (PBF)*** | **1.17** | | |
| | | 2101 Offender Funds | | 1.17 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.17 |
| | ***Narration:*** | *Batch: 1014140, Ref:LMF LGL DIRECTORS OFFICE -* | | | |
| ***Trust-Marquette Prison Caseload*** | | | | | |
| **26919767** | **04/02/2008** | ***MEDS Medical Costs (State) Disbursement*** | **5,165.87** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | | 2595 Institution Medical Payable - Direct | | | 0.00 |
| | ***Narration:*** | *Batch: 953100, Ref:Self injurious medical costs -* | | | |

# Michigan Department Of Corrections

## Trust Account Statement

## For the period 03/02/2008 to 09/02/2008

**MDOC Nbr.:** 301903 **Name:** ROBINSON, JOHNATHAN **Current Lock Loc.:** B-217

**Birth Date:** 11/20/1974 **Location:** ALGER MAXIMUM FACILITY **Jurisdiction Dates:** 12/16/1999 **Active:** Yes

**Current Balance:** .67 **Hold Balance:** .00 **Account Dates:** 11/08/2006 **A/C. Status:** Active

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| ***Trust-Southern Michigan (JMF) Caseload*** | | | | | |
| **27264071** | **04/25/2008** | ***REL Release*** | **.00** | | |
| | | 2101 Offender Funds | | 0.00 | |
| | ***Narration:*** | | | | |

| | |
|---|---|
| ***Total Receipts:*** | ***30.00*** |
| ***Total Disbursments:*** | ***5,235.02*** |